02-10-124-CR














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO.  02-10-00124-CR

 

 


 
 
 Seung-Young Kim
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE 
 
 


 

 

------------

 

FROM THE
362nd District Court OF denton
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

----------

          We have considered AAppellant’s
Withdrawal Of Notice Of Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure.  Tex. R.
App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).

 

                                                                            PER CURIAM

PANEL: 
MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED:  January 27, 2011











[1]See Tex. R. App. P. 47.4.